UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 11-22438-CIV-MORENO**

ELDRICK WOODING, SR.,

    Plaintiff,

vs.

ABERCROMBIE & FITCH, d.b.a. Hollister Co.,

    Defendant.
_____/

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Second Amended Complaint **(D.E. No. 13)**, filed on **September 14, 2011**.

THE COURT has considered the Complaint and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Second Amended Complaint is DISMISSED without prejudice. When viewing a *pro se* complaint, the Court must view it in light most favorable to the plaintiff and hold the *pro se* Plaintiff to a less stringent standard. *See St. Joseph's Hosp., Inc. v. Hosp. Corp. of Am.*, 795 F.2d 948, 953 (11th Cir. 1986); *Tannenbaum v. United States*, 148 F.3d 1262, 1263 (11th Cir. 1998). However, "plaintiffs must do more than merely state legal conclusions," instead plaintiffs must "allege some specific factual basis for those conclusions or face dismissal of their claims." *Jackson v. BellSouth Telecomm.*, 372 F.3d 1250, 1263 (11th Cir. 2004). This tenet, however, does not apply to legal conclusions. *See Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). Moreover, "[w]hile legal conclusions can provide the framework of a complaint, they must be supported by

factual allegations." *Id.* at 1950.  Those "[f]actual allegations must be enough to raise a right to relief above the speculative level on the assumption that all of the complaint's allegations are true." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 545 (2007).  In short, the complaint must not merely allege a misconduct, but must demonstrate that the pleader is entitled to relief.  *See Iqbal,* 129 S. Ct. at 1950.

The Second Amended Complaint does not allege a specific factual basis for the legal conclusion that Plaintiff was discriminated against because of his age, race, national origin, ethnicity and sex.  By the Court's estimation, it only describes that the Plaintiff was assigned less shifts than coworkers and was eventually fired.  The Plaintiff alleges his age, race, national origin, ethnicity and sex were the cause of this treatment.  However, the factual allegations are too meager to raise a right to relief above the speculative level. It is also

**ADJUDGED** that all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of September, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record